USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Douglas A. Kelley, in his capacity as Trustee of the PCI Liquidating Trust,

            Plaintiff,

-against-

Capital Strategies Fund Ltd., n/k/a Barrington Capital Group Limited,

           Defendant.

1:18-mc-00088 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    No later than Wednesday, November 8, 2023, the parties shall file a joint letter regarding the status of this action.

**SO ORDERED.**

Dated:    New York, New York
            November 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge