USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Douglas A. Kelley, in his capacity as Trustee of the PCI Liquidating Trust,

        Plaintiff,

-against-

Capital Strategies Fund Ltd., n/k/a Barrington Capital Group Limited,

        Defendant.

1:18-mc-00088 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Thursday, November 16, 2023, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
            November 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge