USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Douglas A. Kelley, in his capacity as Trustee of the PCI Liquidating Trust,

                Plaintiff,

-against-

Capital Strategies Fund Ltd., n/k/a Barrington Capital Group Limited,

                Defendant.

1:18-mc-00088 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

No later than Monday, January 15, 2024, the Trustee shall file a letter to the docket advising whether this matter may be closed and, if not, stating with citations to statutory authority and/or caselaw why the matter should remain open on the Court's docket.

**SO ORDERED.**

Dated:     New York, New York
             November 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge